**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                    CHAPTER 13 CASE NO.:

ELIZABETH MACK                                                       22-13280-JDW

**LIMITED OBJECTION TO MOTION TO EXTEND AUTOMATIC STAY**

COMES NOW Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), by and through counsel, and files this Limited Objection to the Motion to Extend Automatic Stay (Dkt. #11) (the "Motion") filed by the Debtor and in support states as follows:

1. As stated in the Motion, the Debtor had one prior case pending in the past year. However, since 2019, the Debtor has filed a total of three (3) cases, all of which were dismissed[1].

2. The Trustee takes no position on whether or not the automatic stay of §362(a) should be extended; however, if the automatic stay is extended, the Trustee requests that the case be made subject to the following provisions: (a) should the Debtor become 60 days or more delinquent from and after January 1, 2023, the case would be subject to dismissal; and (b) that the Debtor would be ineligible to be a debtor in any bankruptcy case in any district for a period on 180 days should the case be dismissed for any reason, including, but not limited to, voluntary dismissal or dismissal by agreement.

---

[1] *In re Elizabeth Mack, 19-11676-JDW,* filed on April 18, 2019, and dismissed on May 6, 2020; *In re Elizabeth Mack, 20-12064-JDW,* filed on June 12, 2020, and dismissed on February 4, 2021; and *In re Elizabeth Mack, 21-10487-JDW,* filed on March 12, 2021, and dismissed on September 9, 2022.

1

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that any order entered by this Court granting the relief requested in the Motion requires compliance with the provisions requested above by the Trustee, and for such other relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: December 28, 2022.

    Respectfully submitted,

**LOCKE D. BARKLEY**
**CHAPTER 13 TRUSTEE**

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, MS  39296
(601) 355-6661
ssmith@barkley13.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Dated: December 28, 2022

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN